NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LELAND J. HEBERT,**

*Plaintiff-Appellant*

**v.**

**ALLIED RUBBER & GASKET CO.,**

*Defendant-Appellee*

---

2023-1511

---

Appeal from the United States District Court for the Southern District of California in No. 3:20-cv-01350-JO-MDD, Judge Jinsook Ohta.

---

## JUDGMENT

---

MATTHEW MICHAEL WAWRZYN, Wawrzyn LLC, Chicago, IL, argued for plaintiff-appellant.

JEREMIAH HELM, Knobbe Martens, Irvine, CA, for defendant-appellee. Also represented by STEVEN NATAUPSKY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE, *Circuit Judge*, and ALBRIGHT, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 3, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]   Honorable Alan Albright, District Judge, United States District Court for the Western District of Texas, sitting by designation.